UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENGSHU "JOHN" HU,<br><br>    Plaintiff,<br><br>    vs.<br><br>TOFASCO OF AMERICA, INC., a California corporation, MACSPORTS INC., a California corporation, NEXTAR INC., a California corporation, Edward Zheng, an individual, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. CV11-06515-JAK(JEMx)<br><br>**JUDGMENT**<br><br>**JS-6**<br><br><br>Date Action Filed: July 1, 2011<br>Trial Date:  November 27, 2012 |

    This matter came before the above-captioned Court for a bench trial on November 27, 28, and 29, 2012.  Plaintiff Dengshu "John" Hu ("Plaintiff") appeared through his counsel, Jack W. Chao of the Law Offices of Jack W. Chao.  Defendants Tofasco of America, Inc. ("Tofasco"); Macsports, Inc. ("Macsports"); and Edward Zheng ("Zheng") (collectively, "Defendants"), appeared through their counsel, Edson K. McClellan and Joseph Naddour of Rutan & Tucker, LLP.

    On February 13, 2012, Plaintiff filed a Second Amended Complaint against Defendants (Dkt. 42), but did not include any claims against Defendant Nextar Inc. ("Nextar").  Accordingly, Nextar was excluded from this action on February 13, 2012.  (*See* Dkt. 64 (Order Re Plaintiff's *Ex Parte* Applications).)

    On November 27, 2012, during the first day of trial, the Court dismissed Plaintiff's Seventh Cause of Action against Defendants Tofasco and Zheng.

On December 30, 2013, the Court issued a Memorandum of Decision re: Bench Trial (Dkt. 186) ("Order"). The Court found that Defendants prevailed on all claims. Specifically, the Court found Defendants Tofasco and Macsports prevailed against Plaintiff on Plaintiff's First, Second, Third, Fourth, and Sixth Causes of Action of the Second Amended Complaint. In addition, the Court found Defendant Zheng prevailed against Plaintiff on Plaintiff's Fifth Cause of Action. In the Order, the Court instructed Defendants to submit a proposed judgment consistent with the Order. Defendants hereby submit this Proposed Judgment.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:**

1. Judgment is entered in favor of Defendants Tofasco and Macsports and against Plaintiff on Plaintiff's First, Second, Third, Fourth, and Sixth Causes of Action of the Second Amended Complaint.

2. Judgment is entered in favor of Defendant Zheng and against Plaintiff on Plaintiff's Fifth Cause of Action of the Second Amended Complaint.

3. Judgment is entered in favor of Defendants Tofasco and Zheng and against Plaintiff on Plaintiff's Seventh Cause of Action of the Second Amended Complaint.

4. Judgment is entered in favor of Defendant Nextar and against Plaintiff. Nextar was excluded from this action on February 13, 2012.

5. Pursuant to Federal Rule of Civil Procedure 54(d)(1), Defendants, as the prevailing parties, shall be entitled to recover their costs in connection with this action. Defendants shall submit a Bill of Costs to the Clerk of Court within 14 days after entry of this Judgment.

Dated: January 31, 2014

_____
Honorable John A. Kronstadt